| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | SA-01-CR-589(1)-OG |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-MISC.NO. 964 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| Charles Anthony Blevins | Western District of Texas | San Antonio Division |
| 114 Old Pump Court | NAME OF SENTENCING JUDGE | |
| Montgomery, Alabama 36117 | Honorable Orlando L. Garcia | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/13/2005 — TO 10/12/2008 |
| OFFENSE | | |
| Mail Fraud 18 U.S.C. § 1341 | | |

**FILED** DEC 19 2005 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK

RECEIVED 2006 JAN 17 A 9:42 DEBRA P. HACKETT, CLK U.S. DISTRICT ALA

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Texas_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Middle District of Alabama_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_10-25-05_
Date

_[signature]_
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Alabama_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/14/05_
Effective Date

_[signature] W. Harold Albritton_
United States District Judge