| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | SA-01-CR-589(1)-OG |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-MISC.NO. 964 |

FILED DEC 19 2005 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK

RECEIVED 2006 JAN 17 A 9:42 DEBRA P. HACKETT, CLK U.S. DISTRICT CT MIDDLE DIST. ALA.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Charles Anthony Blevins  114 Old Pump Court  Montgomery, Alabama 36117 | Western District of Texas | San Antonio Division |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Orlando L. Garcia | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/13/2005 | TO 10/12/2008 |

| OFFENSE |
|---|
| Mail Fraud 18 U.S.C. § 1341 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____Texas____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Middle District of Alabama____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10-25-05      *[signature]*
Date          United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Middle____ DISTRICT OF ____Alabama____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/14/05          *W. Harold Albritton [signature]*
Effective Date    United States District Judge