CLOSED

U.S. District Court
Western District of Texas (San Antonio)

RECEIVED
2006 JAN 17  A 9: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CRIMINAL DOCKET FOR CASE #: 01-CR-589-ALL

USA v. Blevins                        Filed: 11/07/01
Dkt# in other court: None

Case Assigned to: Honorable Orlando L. Garcia

CHARLES ANTHONY BLEVINS (1)     Chris K. Gober
    defendant                    210/224-5890
                                [COR LD NTC ret]
                                Nicholas & Barrera
                                424 E. Nueva Street
                                San Antonio, TX 78205
                                (210) 224-5811

                                Anthony Nicholas, Jr.
                                210/224-5890
                                [COR LD NTC ret]
                                Nicholas and Barrera, PC
                                424 E. Nueva
                                San Antonio, TX 78205
                                (210) 224-5811


Pending Counts:              Disposition

18:1341.F FRAUDS AND SWINDLES    12 months and one day
(Mail Fraud)             imprisonment, 3 years
(1ss)                    supervised    release, no
                         fine, $100 special assessment,
                         $112,772.59    restitution.
                         (1ss)


Offense Level (opening): 4


Terminated Counts:           Disposition

18:1341.F FRAUDS AND SWINDLES    Dismissed counts on Govt's
(Mail Fraud)             motion.
(1 - 13)                 (1 - 13)

18:1341.F FRAUDS AND SWINDLES    Dismissed counts on Govt's
(Mail Fraud)             motion.
(1s - 13s)               (1s - 13s)

18:1341.F FRAUDS AND SWINDLES    Dismissed counts on Govt's
(Mail Fraud)             motion.
(2ss - 13ss)             (2ss - 13ss)

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                    CLOSED

| | |
|---|---|
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE  (Money Laundering) (14s - 20s) | Dismissed counts on Govt's motion. (14s - 20s) |
| 18:1956-3300.F MONEY LAUNDERING - INTERSTATE COMMERCE  (14ss - 20ss) | Dismissed counts on Govt's motion. (14ss - 20ss) |

Offense Level (disposition): 4


Complaints:

  NONE


U. S. Attorneys:

  William R. Harris
  210/530-6180
  [COR LD NTC]
  Assistant United States Attorney
  601 NW Loop 410, #600
  San Antonio, TX 78216-5512
  (210) 384-7150

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                    CLOSED

11/7/01 --   Case assigned to Honorable Orlando L. Garcia. (cw)
             [Entry date 11/08/01]

11/7/01 1    Indictment filed against Charles Anthony Blevins. Charles
             Anthony Blevins (1) count(s) 1-13. (Pages: 18) (cw)
             [Entry date 11/08/01]

11/7/01 1    Notice of Forfeiture as to Charles Anthony Blevins is
             contained in Indictment. (cw) [Entry date 11/08/01]

11/7/01 2    Order Bench warrant issued for Charles Anthony Blevins. (cw)
             [Entry date 11/08/01]

11/7/01 --   Bench warrant issued for Charles Anthony Blevins (cw)
             [Entry date 11/08/01]

11/7/01 3    Letter request that both this case and SA-01-CA-180 are
             related and that this case be assigned to the same judge,
             Honorable Judge Orlando L. Garcia - submitted by USA as to
             Charles Anthony Blevins. (cw) [Entry date 11/08/01]

11/8/01 --   Arrest of Charles Anthony Blevins. (cw)
             [Entry date 11/09/01]

11/8/01 --   Defendant(s) Charles Anthony Blevins first appearance held.
             Defendant informed of rights. (cw) [Entry date 11/09/01]

11/8/01 4    Order bond set: Bond set to $25,000 UNSECURED for Charles
             Anthony Blevins. (cw) [Entry date 11/09/01]

11/8/01 5    Bond filed: $25,000 UNSECURED for Charles Anthony Blevins
             (cw) [Entry date 11/09/01]

11/8/01 6    Waiver of personal appearance at arraignment and entry of
             plea not guilty by Charles Anthony Blevins (1) count(s)
             1-13 (cw) [Entry date 11/09/01]

11/14/01 7   Bench warrant returned executed for Charles Anthony Blevins
             on 11/8/01. (cw) [Entry date 11/15/01]

11/19/01 8   Motion by Charles Anthony Blevins with memorandum in
             support for bill of particulars (rg) [Entry date 11/20/01]

11/19/01 9   Motion by Charles Anthony Blevins to extend time within
             which to file pretrial motions (rg) [Entry date 11/20/01]

11/19/01 10  Motion by Charles Anthony Blevins with memorandum in
             support for early production of Jencks Material (rg)
             [Entry date 11/20/01]

11/19/01 11  Motion by Charles Anthony Blevins in limine ["Other
             Crimes" and Uncharged Misconduct](Rule 103,104,403,404(b)
             and 609 (rg) [Entry date 11/20/01]

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                              CLOSED

11/19/01  12    Motion by Charles Anthony Blevins for discovery of facts
                and data related to expert opinion testimony (rg)
                [Entry date 11/20/01]

11/19/01  13    Motion by Charles Anthony Blevins with memorandum in
                support to compel disclosure of U.S. Attorney's jury
                selection data (rg) [Entry date 11/20/01]

11/19/01  14    Motion by Charles Anthony Blevins for disclosure of
                information regarding confidential informant(s) (rg)
                [Entry date 11/20/01]

11/20/01  15    Motion by Charles Anthony Blevins for disclosure of
                exculpatory evidence (kc1) [Entry date 11/21/01]

11/20/01  16    Motion by Charles Anthony Blevins for discovery and
                inspection (kc1) [Entry date 11/21/01]

12/5/01   17    Response by USA to motion by Charles Anthony Blevins :
                motion for discovery and inspection [16-1], motion for
                disclosure of exculpatory evidence [15-1] (rg1)
                [Entry date 12/06/01]

12/5/01   18    Consolidated Response by USA to motion by Charles Anthony
                Blevins : motion for disclosure of information regarding
                confidential informant(s) [14-1], motion to compel
                disclosure of U.S. Attorney's jury selection data [13-1],
                motion for discovery of facts and data related to expert
                opinion testimony [12-1], motion in limine ["Other Crimes"
                and Uncharged Misconduct](Rule 103,104,403,404(b) and 609
                [11-1], motion for early production of Jencks Material
                [10-1], motion to extend time within which to file pretrial
                motions [9-1], motion for bill of particulars [8-1] (rg1)
                [Entry date 12/06/01]

12/10/01  19    General Order of Discovery as to Charles Anthony Blevins.
                (cw) [Entry date 12/11/01]

12/10/01  19    Scheduling order as to Charles Anthony Blevins setting;
                Plea agreement to be submitted on or before 1/18/02; Jury
                trial set for 9:00 1/28/02; Jury Selection set for 9:00
                1/28/02. (cw) [Entry date 12/11/01]

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                              CLOSED

12/10/01 --    Mooted motions as to Charles Anthony Blevins motion for
               discovery and inspection [16-1] as to Charles Anthony
               Blevins (1), motion for disclosure of exculpatory evidence
               [15-1] as to Charles Anthony Blevins (1), motion for
               disclosure of information regarding confidential
               informant(s) [14-1] as to Charles Anthony Blevins (1),
               motion to compel disclosure of U.S. Attorney's jury
               selection data [13-1] as to Charles Anthony Blevins (1),
               motion for discovery of facts and data related to expert
               opinion testimony [12-1] as to Charles Anthony Blevins (1),
               motion in limine ["Other Crimes" and Uncharged
               Misconduct](Rule 103,104,403,404(b) and 609 [11-1] as to
               Charles Anthony Blevins (1), motion for early production of
               Jencks Material [10-1] as to Charles Anthony Blevins (1),
               motion for bill of particulars [8-1] as to Charles Anthony
               Blevins (1) (Per General Order - Docket No. 19) (cw)
               [Entry date 12/11/01]

1/9/02    20   Unopposed Motion by Charles Anthony Blevins to certify
               this case as complex and to continue trial setting and all
               related hearings and deadlines (rg) [Entry date 01/10/02]

1/30/02   21   Order as to Charles Anthony Blevins granting motion to
               certify this case as complex and to continue trial setting
               and all related hearings and deadlines [20-1] as to Charles
               Anthony Blevins (1) resetting scheduling order deadlines:
               Plea agreement to be submitted on or before 5:00 5/24/02;
               Jury trial set for 9:00 6/24/02 , resetting Jury
               selection to 9:00 6/24/02 , order indicates continuance
               is granted in order to obtain or substitute counsel, or
               give counsel reasonable time to prepare (rg1)
               [Entry date 01/31/02]

5/23/02   22   Motion by USA as to Charles Anthony Blevins for
               continuance (cw) [Entry date 05/24/02]

5/28/02   23   Defendant's joinder in Government's Motion by Charles
               Anthony Blevins for continuance (cw) [Entry date 05/29/02]

6/3/02    24   Motion by Charles Anthony Blevins to suppress (Motion for
               Court to Carry Rule 41(e)F.R.Crim.P. as Motion to Suppress)
(cw) [Entry date 06/04/02]

6/5/02    25   Superseding indictment as to Charles Anthony Blevins (1)
               count(s) 1s-13s, 14s-20s  (Pages: 20) (cw)
               [Entry date 06/06/02]

6/5/02    25   Notice of Forfeiture as to Charles Anthony Blevins is
               contained in Superseding Indictment. (cw)
               [Entry date 06/06/02]

6/6/02    26   Order as to Charles Anthony Blevins set arraignment for
               1:30 6/14/02 for Charles Anthony Blevins (cw)
               [Entry date 06/06/02]

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                CLOSED

6/6/02  27   Order as to Charles Anthony Blevins granting motion for
             continuance [23-1] as to Charles Anthony Blevins (1),
             granting motion for continuance [22-1] as to Charles
             Blevins (1) scheduling order deadlines: Plea agreement to
             be submitted on or before 5:00 8/23/02 for Charles Anthony
             Blevins; Jury trial set for 9:00 9/16/02 for Charles
             Anthony Blevins, reset Jury selection for 9:00 9/16/02
             for Charles Anthony Blevins, order indicates continuance
             is granted in order to obtain or substitute counsel, or
             give counsel reasonable time to prepare (cw)
             [Entry date 06/06/02]

6/13/02 28   Waiver of personal appearance at arraignment and entry of
             plea not guilty by Charles Anthony Blevins (1) count(s)
             1s-13s, 14s-20s (cw) [Entry date 06/14/02]

7/17/02 29   Second Superseding indictment as to Charles Anthony
             Blevins (1) count(s) 1ss-13ss, 14ss-20ss (Pages: 20) (cw)
             [Entry date 07/18/02]

7/18/02 30   Order as to Charles Anthony Blevins set arraignment for
             1:30 7/30/02 for Charles Anthony Blevins (cw)
             [Entry date 07/18/02]

7/19/02 31   Order as to Charles Anthony Blevins Motion to suppress
             hearing set for 9:00 8/21/02 as to: Charles Blevins, re:
             (24-1) (cw) [Entry date 07/22/02]

7/30/02 32   Waiver of personal appearance at arraignment and entry of
             plea not guilty by Charles Anthony Blevins (1) count(s)
             1ss-13ss, 14ss-20ss. (cw) [Entry date 07/30/02]

8/7/02  33   Motion by Charles Anthony Blevins for continuance (cw)
             [Entry date 08/08/02]

8/9/02  34   Order as to Charles Anthony Blevins Motion hearing on
             Motion to suppress set for 9:00 10/16/02 as to: Charles
             Blevins, re: (24-1) (kc1) [Entry date 08/12/02]

8/9/02  35   Order as to Charles Anthony Blevins granting motion for
             continuance [33-1] as to Charles Anthony Blevins (1)
             reset scheduling order deadlines: Plea agreement to be
             submitted on or before 5:00 11/8/02 for Charles Anthony
             Blevins ; Jury trial set for 9:00 12/2/02 for Charles
             Anthony Blevins , reset Jury selection to 9:00 12/2/02
             for Charles Anthony Blevins, order indicates continuance
             is granted in order to obtain or substitute counsel, or
             give counsel reasonable time to prepare (kc1)
             [Entry date 08/12/02]

10/3/02 36   Order as to Charles Anthony Blevins denying as moot motion
             to extend time within which to file pretrial motions [9-1]
             as to Charles Anthony Blevins (1). (cw)

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                                CLOSED

[Entry date 10/03/02]

10/11/02 37    Order as to Charles Anthony Blevins Motion to suppress
               hearing reset for 9:00 10/24/02 as to: Charles Blevins, re:
               (24-1) (cw) [Entry date 10/15/02]

10/23/02 38    ORDER as to Charles Anthony Blevins Motion to suppress
               hearing reset for 9:00 10/31/02 as to: Charles Blevins,
               (24-1) (rg) [Entry date 10/24/02]

10/30/02 39    Unopposed motion by Charles Anthony Blevins for
               continuance on Defendant's Motion to Suppress (cw)
               [Entry date 10/31/02]

11/22/02 40    Order as to Charles Anthony Blevins  granting motion for
               continuance [39-1] as to Charles Anthony Blevins (1)  set
               scheduling order deadlines: ; Plea agreement to be
               submitted on or before 5:00 1/30/03 for Charles Anthony
               Blevins ; Jury trial set for 9:00 2/24/03 for Charles
               Anthony Blevins, order indicates continuance is granted
               in order to obtain or substitute counsel, or give counsel
               reasonable time to prepare (cw) [Entry date 11/22/02]

11/22/02 41    Order as to Charles Anthony Blevins Motion to suppress
               hearing reset for 9:00 1/29/03 as to: Charles Blevins, re:
               (24-1) (cw) [Entry date 11/22/02]

1/15/03 42     Consent to administration of guilty/nolo plea and Rule 11
               Allocution by a United States Magistrate Judge as to
               Charles Anthony Blevins. (cw) [Entry date 01/16/03]

1/15/03 42     Order of Referral to U.S. Magistrate on felony guilty/nolo
               plea as to Charles Anthony Blevins  signed by Honorable
               Orlando L. Garcia. (cw) [Entry date 01/16/03]

1/17/03 43     Order as to Charles Anthony Blevins  set rearraignment
               2:00 1/22/03 for Charles Anthony Blevins  signed by Judge
               Pamela A. Mathy (cw) [Entry date 01/17/03]

1/17/03 44     Plea agreement filed as to Charles Anthony Blevins. (Count
               1 of the Second Superseding Indictment) (cw)
               [Entry date 01/21/03]

1/22/03 45     Minutes of proceedings for Rearraignment conducted on
               1/22/03 as to Charles Anthony Blevins by Judge Mathy. Court
               Reporter: Beverly Nolden. (cw) [Entry date 01/23/03]

1/22/03 --     Rearraignment as to Charles Anthony Blevins held. Defendant
               informed of rights.  Defendant continued on present bond
               pending sentencing.  Defendant orally consents to proceed
               with his guilty plea before a U.S. Magistrate Judge. (cw)
               [Entry date 01/23/03]

1/22/03 46     Waiver of Rule 32 time limits by Charles Anthony Blevins.

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                           CLOSED

        (cw) [Entry date 01/23/03]

1/22/03 --    Plea of guilty entered by Charles Anthony Blevins (1)
        count(s) 1ss. (cw) [Entry date 01/23/03]

1/22/03 --    Referred to Probation for Pre-Sentence Report as to Charles
        Anthony Blevins. (cw) [Entry date 01/23/03]

1/22/03 47    Findings of Fact and Recommendation on felony guilty/nolo
        plea before the United States Magistrate Judge as to
        Charles Anthony Blevins Recommendation that the District
        Court accept the guilty plea. Mailed on 1/23/03 by
        certified mail or faxed if authorization is on file. (cw)
        [Entry date 01/23/03]

1/22/03 48    Order as to Charles Anthony Blevins set sentencing for
        9:00 5/15/03 for Charles Anthony Blevins signed by
        Honorable Orlando L. Garcia (cw) [Entry date 01/23/03]

2/11/03 49    ORDER Accepting Magistrate Judge's Recommendation filed in
        this cause such that Defendant's guilty plea is ACCEPTED as
        to Charles Anthony Blevins signed by Honorable Orlando L.
        Garcia. (cw) [Entry date 02/12/03]

2/11/03 --    Guilty plea accepted by the court as to Charles Anthony
        Blevins (1) count(s) 1ss; Mooted Motions: motion to
        suppress (Motion for Court to Carry Rule 41(e)F.R.Crim.P.
        as Motion to Suppress) [24-1] as to Charles Anthony Blevins
        (1) (cw) [Entry date 02/12/03]

3/3/03 50    Motion by USA as to Charles Anthony Blevins for entry of a
        preliminary judgment of forfeiture, order for seizure and
        order to publish notice of preliminary judgment of
        forfeiture (cw) [Entry date 03/04/03]

3/6/03 51    PRELIMINARY JUDGMENT OF FORFEITURE, ORDER FOR SEIZURE AND
        ORDER TO PUBLISH NOTICE OF PRELIMINARY JUDGMENT OF
        FORFEITURE as to Charles Anthony Blevins granting motion
        for entry of a preliminary judgment of forfeiture, order
        for seizure and order to publish notice of preliminary
        judgment of forfeiture [50-1] as to Charles Anthony Blevins
        (1) signed by Honorable Orlando L. Garcia. (cw)
        [Entry date 03/07/03]

4/8/03 52    Warrant of arrest of property returned executed as to Chris
        K. Gober, Attorney at Law of process of "Signed
        Prelim./Judgment of Forf./Notice" on 3/26/03. (cw)
        [Entry date 04/08/03]

4/8/03 53    Warrant of arrest of property returned executed of
        "Property - $5,119.22" of Signed Prelim. Judgment of
        Forf./Notice on 3/21/03. (cw) [Entry date 04/08/03]

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                          CLOSED

4/8/03   54   Warrant of arrest of property returned executed as to
              Property - $35,133.21" of "Signed Prelim. Judgment of
              Forf./Notice on 3/21/03. (cw) [Entry date 04/08/03]

4/8/03   55   Warrant of arrest of property returned executed as to
              Property - $$,765.53" of Judgment of Forf./Notice on
              3/21/03. (cw) [Entry date 04/08/03]

4/8/03   56   Warrant of arrest of property returned executed as to
              "Property - $76,800.49" of Signed Prelim. Judgment of
              Forf./Notice on 3/21/03. (cw) [Entry date 04/08/03]

4/8/03   57   Warrant of arrest of property returned executed as to
              "Property - One 1967 Chevrolet Corvette" of Signed Prelim.
              Judgment of Forf./Notice on 3/21/03. (cw)
              [Entry date 04/08/03]

4/17/03  58   Motion by Charles Anthony Blevins for continuance of
              sentencing (cw) [Entry date 04/18/03]

4/18/03  59   Order as to Charles Anthony Blevins reset sentencing to
              9:00 7/10/03 for Charles Anthony Blevins signed by
              Honorable Orlando L. Garcia (kc1) [Entry date 04/21/03]

4/18/03  --   Mooted motions as to Charles Anthony Blevins motion for
              continuance of sentencing [58-1] as to Charles Anthony
              Blevins (1) (kc1) [Entry date 04/21/03]

6/16/03  60   Warrant of arrest of property returned executed as to
              Publication on 5/29/03. (cw) [Entry date 06/16/03]

6/16/03  61   Warrant of arrest of property returned executed as to Diane
              Young, USMS on 5/29/03. (cw) [Entry date 06/16/03]

6/25/03  62   Order as to Charles Anthony Blevins reset sentencing for
              9:00 9/18/03 for Charles Anthony Blevins signed by
              Honorable Orlando L. Garcia. (cw) [Entry date 06/26/03]

9/3/03   63   Order as to Charles Anthony Blevins reset sentencing for
              9:00 12/4/03 for Charles Anthony Blevins signed by
              Honorable Orlando L. Garcia (cw) [Entry date 09/04/03]

11/14/03 64   Order as to Charles Anthony Blevins reset sentencing for
              9:00 1/29/04 for Charles Anthony Blevins signed by
              Honorable Orlando L. Garcia (cw) [Entry date 11/17/03]

1/22/04  65   Unopposed Motion by Charles Anthony Blevins to continue (cw)
              [Entry date 01/23/04]

1/22/04  66   Order as to Charles Anthony Blevins granting motion to
              continue [65-1] as to Charles Anthony Blevins (1) reset
              sentencing for 9:00 5/14/04 for Charles Anthony Blevins
              signed by Honorable Orlando L. Garcia. (cw)
              [Entry date 01/23/04]

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                    CLOSED

3/25/04  67   Order as to Charles Anthony Blevins reset sentencing for
              9:30 5/20/04 for Charles Anthony Blevins signed by
              Honorable Orlando L. Garcia. (cw) [Entry date 03/26/04]

5/5/04   68   Motion by Charles Anthony Blevins for continuance of
              sentencing (cw) [Entry date 05/06/04]

5/6/04   69   Order as to Charles Anthony Blevins granting motion for
              continuance of sentencing [68-1] as to Charles Anthony
              Blevins (1) reset sentencing for 9:30 8/26/04 for Charles
              Anthony Blevins signed by Honorable Orlando L. Garcia (cw)
              [Entry date 05/07/04]

8/26/04  70   Motion by USA as to Charles Anthony Blevins to convert
              assets previously targeted for forfeiture to be applied to
              restitution (tr) [Entry date 08/27/04]

8/26/04  71   Order granting motion to convert assets previously targeted
              for forfeiture to be applied to restitution [70-1] as to
              Charles Anthony Blevins (1) signed by Honorable Orlando L.
              Garcia (tr) [Entry date 08/27/04]

8/26/04  --   Sentencing Charles Anthony Blevins (1) count(s) 1ss  held
              12 months and one day imprisonment, 3 years supervised
              release, no fine, $100 special assessment, $112,772.59
              restitution. (rg1) [Entry date 08/30/04]

8/26/04  72   Minutes of proceedings for Sentencing conducted on 08/26/04
              as to Charles Anthony Blevins by Judge Garcia. Court
              Reporter: West (rg1) [Entry date 08/30/04]

8/26/04  --   Dismissed count on motion by the Govt  Charles Anthony
              Blevins (1) count(s) 1s-13s, 1-13, 2ss-13ss, 14ss-20ss,
              14s-20s (rg1) [Entry date 09/14/04]

10/1/04  73   Judgment and Commitment as to Charles Anthony Blevins (1)
              count(s) 1ss  (Pages: 6) signed by Honorable Orlando L.
              Garcia (rg1) [Entry date 10/04/04]

10/1/04  --   SEALED PSI PLACED IN VAULT as to Charles Anthony Blevins
              (rg1) [Entry date 10/04/04]

2/16/05  74   Advisory to the court filed by U.S. Marshal as to Charles
              Anthony Blevins (kc1) [Entry date 02/18/05]

3/7/05   75   Report and Advisory to the court by U.S. Marshal filed as
              to Charles Anthony Blevins (tr) [Entry date 03/08/05]

3/7/05   76   Report and Advisory to the court by U.S. Marshal filed as
              to Charles Anthony Blevins (tr) [Entry date 03/08/05]

3/7/05   77   Report and Advisory to the court by U.S. Marshal filed as
              to Charles Anthony Blevins (tr) [Entry date 03/08/05]

Proceedings include all events.
5:01cr589-ALL USA v. Blevins                           CLOSED

t and Advisory to the court by U.S. Marshal filed as
         to Charles Anthony Blevins (tr) [Entry date 03/08/05]

3/7/05   79    Report and Advisory to the court by U.S. Marshal filed as
         to Charles Anthony Blevins (tr) [Entry date 03/08/05]

12/19/05 80    Transfer of Probation Jurisdiction to Middle District of
         Alabama as to Charles Anthony Blevins signed by Honorable
         Orlando L. Garcia (rf) [Entry date 01/12/06]