

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
PROBATION OFFICE
# MEMORANDUM

**TO:** The Honorable W. Harold Albritton, Senior U.S. District Judge

**REPLY TO ATTN OF:** M. Stanford Robinson, United States Probation Officer

**SUBJECT:** United States of America vs. Charles Anthony Blevins
Docket Number: 2:06CR7-WHA
**REMOVAL OF SUPERVISED RELEASE CONDITIONS**

**DATE:** April 18, 2006

**COURT HISTORY:** Charles Blevins was sentenced on October 1, 2004, by the Honorable Orlando L. Garcia, United States District Judge for the Western District of Texas after pleading guilty to Count One, Mail Fraud. Blevins was sentenced to twelve (12) months and one day incarceration, to be followed by a three year term of supervised release. His supervised release term commenced on October 13, 2005, and will expire on October 12, 2008. Jurisdiction was accepted by this court on November 14, 2005.

**SUPERVISION HISTORY:** The offender was released from the custody of the BOP on October 13, 2005, to begin three year term of supervised release. He has presented no problems during his term of supervised release. During a routine review of his supervision plan, the following was learned, the Western District of Texas places a mental health condition and substance abuse treatment condition as a standard condition on every offender sentenced in that district whether or not there is a demonstrated need. In the case of Blevins, there is no need for either one of the conditions. Blevins has no history of mental health problems or substance abuse. Additionally, when interviewed, Blevins has expressed no desire for any treatment of this kind.

**RECOMMENDATION:** Since the offender has no history of mental health or substance abuse, and because the conditions were placed on him as a standard practice and not to address a specific issue, it is recommended that these conditions be removed. If the Court agrees with this recommendation, please sign the attached order removing the conditions of mental health treatment and substance abuse treatment.

Respectfully submitted,

/s/ M. Stanford Robinson
M. Stanford Robinson
United States Probation Officer

Reviewed and Approved by:

  /s/ Scott Wright
Scott Wright
Supervisory United States Probation Officer

CONCUR: _____
Senior United States District Judge

NON-CONCUR: _____
Senior United States District Judge

Comments: _____
_____
_____