**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Docket No.  **2:06CR00007-WHA** |
| | ) | |
| **CHARLES ANTHONY BLEVINS** | ) | |

**ORDER**

On October 1, 2004, the following standard conditions of supervised release were placed on the defendant:

The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol.  The defendant may be required to contribute to the cost of the service rendered (co-payment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, an if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer.  The defendant may be required to contribute to the cost of the service rendered (co-payment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

For good cause, and upon recommendation of the probation officer, it is **ORDERED** that the aforementioned supervised release conditions be removed.

 **DONE** this **25th**  day of  April , **2006**.

　　　　　　　　　　　　　　　　　　　　　　 /s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　　　　　W. Harold Albritton
　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge