IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CASE NO.:2:06-CR-00007-WHA |
| CHARLES ANTHONY BLEVINS, | * |
| Defendant. | * |

## MOTION TO TERMINATE SUPERVISED RELEASE

**COMES NOW** the Defendant, Charles Anthony Blevins, and respectfully moves the Court for an order terminating supervised release in this matter, and as grounds therefore would show as follows:

1. That on October 1, 2004, after pleading guilty to one count of Mail Fraud, Defendant was sentenced to a year and a day imprisonment and was further ordered to serve a three (3) year period of supervised release upon his release from custody.[1]

2. That Defendant was released from custody on October 13, 2005, and is presently on supervised release through October 12, 2008.

3. That all court ordered monies have been paid, to include restitution in the amount of $112,772.59. Defendant has further been a model citizen while on supervised release and has had no problems of any kind.

4. That Defendant respectfully requests the termination of supervised release.

**WHEREFORE** Defendant requests that the Court enter an Order terminating the remaining period of his supervised release for the reasons set forth herein.

---

[1] The sentence was imposed by the United States District Court for the Western District of Texas. Jurisdiction for supervision of Defendant while on supervised release was transferred to this Court on January 18, 2006.

1

_[signature]_
_____
Charles A. Blevins
Defendant
1639 East Trinity Boulevard
Montgomery, Alabama 36106
(334) 221-7632 (Voice)
(334) 215-0658 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Louis V. Franklin, Sr., Esq.
    U.S. Attorney's Office
    P.O. Box 197
    Montgomery, Alabama 36101-0197

by depositing a copy of the same in the U.S. Mail, properly addressed and postage prepaid this the 12th day of ~~June~~ July, 2006.

_[signature]_
_____
Charles A. Blevins

2