IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )

vs.                                 )    CR. NO. 2:06cr007-WHA

CHARLES ANTHONY BLEVINS             )

**ORDER**

      This case is before the court on the Motion to Terminate Supervised Release (Doc. #5), filed by the Defendant.  The Defendant began supervised release on October 13, 2005, and by this motion asks the court to terminate the remaining period of his supervised release.

      Once a defendant has been ordered to serve a term of supervised release, the law requires a court to consider numerous factors in addition to those referred to in the motion before terminating the supervised release short of its full term.  Furthermore, 18 U.S.C. § 3583(e)(1) allows such termination, if deemed appropriate after full consideration of all factors, only "at any time after the expiration of one year of supervised release."  Therefore, the Defendant is not eligible for termination, and it is hereby

      ORDERED that the Motion to Terminate Supervised Release is DENIED.

      DONE this 14th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE