IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.:2:06-CR-00007-WHA |
| | * | |
| CHARLES ANTHONY BLEVINS, | * | |
| | * | |
| Defendant. | * | |

RECEIVED
2006 DEC -4  A 9: 47
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## RENEWED MOTION TO TERMINATE SUPERVISED RELEASE

**COMES NOW** the Defendant, Charles Anthony Blevins, and respectfully renews his prior motion for an order terminating supervised release in this matter, and as grounds therefore would show as follows:

1. That on October 1, 2004, after pleading guilty to one count of Mail Fraud, Defendant was sentenced to a year and a day imprisonment and was further ordered to serve a three (3) year period of supervised release upon his release from custody.[1]

2. That Defendant was released from custody on October 13, 2005, and is presently on supervised release through October 12, 2008.

3. That all court ordered monies have been paid, to include restitution in the amount of $112,772.59. Defendant has further been a model citizen while on supervised release and has had no problems of any kind.

4. That Defendant previously moved the Court for termination of supervised release in June 2006. It is the undersigned's understanding that this motion was denied because the undersigned had not yet served one year on supervised release.

---

[1] The sentence was imposed by the United States District Court for the Western District of Texas. Jurisdiction for supervision of Defendant while on supervised release was transferred to this Court on January 18, 2006.

1

5. That Defendant has now served in excess of one year on supervised release and respectfully requests the termination of supervised release.

**WHEREFORE** Defendant requests that the Court enter an Order terminating the remaining period of his supervised release for the reasons set forth herein.

/s/ Charles A. Blevins
Charles A. Blevins
Defendant
1639 East Trinity Boulevard
Montgomery, Alabama 36106
(334) 221-7632 (Voice)
(334) 215-0658 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Louis V. Franklin, Sr., Esq.
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

by depositing a copy of the same in the U.S. Mail, properly addressed and postage prepaid this the 13th day of November, 2006.

/s/ Charles A. Blevins
Charles A. Blevins

2