IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 2:06cr07-WHA

CHARLES ANTHONY BLEVINS )

## ORDER

This case is before the court on the Renewed Motion to Terminate Supervised Release (Doc. #7), filed by the Defendant on December 4, 2006.

The United States Probation Office is requested to make a recommendation to the court on this request **by December 15, 2006.**

DONE this 4th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE